PROB 22
(Rev. 2/88)

TRANSFER OF JURISDICTION

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 2:07-83-2 |
| | DOCKET NUMBER *(Rec. Court)* |
| | 3:13-00248-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Eastern | Covington |

| Bubacarr Tunkara<br>1412 Calais Court<br>Antioch, TN 37012 | NAME OF SENTENCING JUDGE |
|---|---|
| | Honorable Danny C. Reeves, U.S. District Judge |

| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM | TO |
|---|---|---|---|
| | | July 26, 2011 | July 25, 2016 |

OFFENSE

Conspiracy to Distribute and Possess with Intent to Distribute Marijuana

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____*Eastern*_____ DISTRICT _____*Kentucky*_____

     IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or
or supervised releasee named above be transferred with the records of this Court to the United States
District Court for the      Middle District of Tennessee, Columbia Office       upon that Court's order
of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or
supervised release may be changed by the District Court to which this transfer is made without further
inquiry of this court.*

_April 18, 2012_
Date

_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____*Middle*_____ DISTRICT _____*Tennessee*_____

     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised
releasee be accepted and assumed by this Court from and after the entry of this order.

_2|5|14_
Effective Date

_Todd Campbell_
United States District Judge